# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 23-2048

**Short Case Caption:** In re: Xencor, Inc.

---

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

---

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Professor Bernard Chao, University of Denver School of Law; Professor Timothy Holbrook, University of Denver School of Law; Professor Mark A. Lemley, Stanford Law School; Professor Jacob Sherkow, University of Illinois College of Law

| | | |
|---|---|---|
| **Principal Counsel:** Professor Jacob Sherkow | | Admission Date: 9/12/2023 |
| Firm/Agency/Org.: University of Illinois College of Law | | |
| Address: 504 East Pennsylvania Avenue, Champaign, Illinois 61820 | | |
| Phone: (217) 300-3936 | Email: jsherkow@illinois.edu | |
| **Other Counsel:** Professor Mark A. Lemley | | Admission Date: 2/1/1997 |
| Firm/Agency/Org.: Stanford Law School | | |
| Address: 559 Nathan Abbott Way, Stanford, California 94305 | | |
| Phone: (650) 723-4605 | Email: mlemley@law.stanford.edu | |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 10/4/23　　　　　　　　　Signature: /s/ Jacob S. Sherkow

　　　　　　　　　　　　　　　　Name: Professor Jacob S. Sherkow